IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-349

GARDEN AND GUN CLUB LLC,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　)　　　　　**ORDER**
　　　　　　　　　　　　　　　　　　)
TWODALGALS, LLC.　　　　　　　　　)
　　　　　　　　　　Defendant.　　　)
_____)

For the reasons stated in open court, the Court declines to rule on Plaintiff's Motion for a

Temporary Restraining Order.  Pursuant to Federal Rule of Civil Procedure 65, this Motion

should be converted into a Motion for a Preliminary Injunction.  Although the original Motion

was properly heard in front of Judge Mullen, a Preliminary Injunction hearing should be held in

front of the presiding judge, the Honorable Martin Reidinger.

Accordingly, a hearing on Plaintiff's Motion for a Preliminary Injunction is hereby set for

August 12, 2008 at 9:30 in Courtroom 1.

Signed: July 31, 2008

Graham C. Mullen
United States District Judge