IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-349

| | | |
|---|---|---|
| GARDEN AND GUN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AMENDED ORDER** |
| | ) | |
| TWODALGALS, LLC. | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons stated in open court, the Court declines to rule on Plaintiff's Motion for a Temporary Restraining Order. Pursuant to Federal Rule of Civil Procedure 65, this Motion should be converted into a Motion for a Preliminary Injunction. Although the original Motion was properly heard in front of Judge Mullen, a Preliminary Injunction hearing should be held in front of the presiding judge, the Honorable Martin Reidinger.

Accordingly, a hearing on Plaintiff's Motion for a Preliminary Injunction is hereby set for August 15, 2008 at 9:00 in Courtroom 1.

Signed: August 5, 2008

Graham C. Mullen
United States District Judge