**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:08cv349**

| | |
|---|---|
| GARDEN & GUN, L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TWODALGALS, L.L.C., ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Stipulation of Dismissal with Prejudice [Doc. 32].

Contained within the stipulation is a request that the bond which was filed in this matter be exonerated. As a result, the Court will grant that relief.

**IT IS, THEREFORE, ORDERED** that Bond No. 6582837 [Doc. 13] shall be exonerated by the Clerk of Court.

Signed: July 7, 2009

Lacy H. Thornburg
United States District Judge